1072

TONY ZUANICH, *Appellant*, v. RAINBOW RV CENTER, INC., ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-03841-5, James H. Allendoerfer,
J., entered June 16, 1999. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Agid, C.J., and Webster, J.

*In the Matter of the Marriage of* JIMMY H. VASQUEZ,
*Appellant*, and SHERRY DARLENE VASQUEZ, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-3-03122-1, Philip G. Hubbard, Jr., J.,
entered June 1, 1999. *Reversed* by unpublished per curiam
opinion.

LABORATORY CORPORATION OF AMERICA, *Respondent*, v.
BIOMED COMM, INCORPORATED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-24932-3, Richard A. Jones, J., entered
August 16 and September 7, 1999. *Reversed* by unpublished
per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
HENRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-10262-1, Ann Schindler, J., entered June
28, 1999. *Affirmed* by unpublished per curiam opinion.